IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Flowers, Carolyn M

Printed: 03/03/09

Case Number: 05 B 36742
Judge: Hollis, Pamela S
Filed: 9/12/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 5, 2009
Confirmed: October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,420.79 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,090.00 |
| Trustee Fee: |  | 487.60 |
| Other Funds: |  | 201.61 |
| Totals: | 9,200.00 | 9,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,090.00 | 2,090.00 |
| 2. | CB USA | Unsecured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 236.29 | 962.26 |
| 4. | Jefferson Capital | Unsecured | 235.02 | 957.13 |
| 5. | American Express Centurion | Unsecured | 55.65 | 227.37 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 36.52 | 148.37 |
| 7. | Nicor Gas | Unsecured | 40.90 | 166.15 |
| 8. | Resurgent Capital Services | Unsecured | 211.51 | 861.53 |
| 9. | NCO Financial Services Inc | Unsecured | 73.48 | 299.23 |
| 10. | Arrow Financial Services | Unsecured | 137.82 | 561.35 |
| 11. | Capital One | Unsecured | 79.92 | 324.72 |
| 12. | RoundUp Funding LLC | Unsecured | 154.40 | 628.76 |
| 13. | Resurgent Capital Services | Unsecured | 315.21 | 1,283.92 |
| 14. | B-Line LLC | Unsecured | 73.48 | 0.00 |
| 15. | Aurora Loan Service | Secured |  | No Claim Filed |
| 16. | City Of Chicago | Unsecured |  | No Claim Filed |
| 17. | Amex Assurance | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | DMCCB | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,740.20 | $ 8,510.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Flowers, Carolyn M | Case Number: 05 B 36742 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 9/12/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 78.57 |
| 5% | 19.74 |
| 4.8% | 125.45 |
| 5.4% | 162.76 |
| 6.5% | 71.05 |
| 6.6% | 30.03 |
| | $ 487.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

